**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6241**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROGER CHARLES DAY, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:07-cr-00154-JAG-3)

Submitted:  September 14, 2021                Decided:  September 21, 2021

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Charles Day, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Charles Day, Jr., appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Upon review of the record, we conclude that the district court did not abuse its discretion in denying the motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Day*, No. 3:07-cr-00154-JAG-3 (E.D. Va. Jan. 27, 2021). We also deny Day's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*